Seth J. Berntsen, WSBA #30379
Rebecca S. Singleton, WSBA #57719
Eva Oliver, WSBA #57019
Summit Law Group, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
*sethb@summitlaw.com*
*rebeccas@summitlaw.com*
*evao@summitlaw.com*

*Attorneys for Defendant Battelle Memorial Institute*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| ALARIC HARTSOCK, individually, <br><br> Plaintiff, <br><br> v. <br><br> BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community. <br><br> Defendant. | CASE NO. <br><br> **DECLARATION OF SETH J. BERNTSEN IN SUPPORT OF NOTICE OF REMOVAL** |

DECLARATION OF SETH J. BERNTSEN IN
SUPPORT OF NOTICE OF REMOVAL - 1
CASE NO.

I, Seth J. Berntsen, declare as follows:

1.    I am counsel of record for Defendant Battelle Memorial Institute ("Defendant" or "BMI"), d/b/a Pacific Northwest National Laboratory in the above matter. I submit this declaration in support of Defendant's Notice of Removal to the United States District Court, Eastern District of Washington. The following facts are based upon facts within my personal knowledge or based on documents and, if called as a witness herein, I can and will competently testify thereto.

2.    Upon information and belief, and according to the Benton County docket and the Court-stamps on the Summons and Complaint, the Summons and Complaint in *Alaric Hartsock v. Battelle Memorial Institute d/b/a Pacific Northwest National Laboratory et al.* Case No. 26-2-01396-03 were filed in Benton County Superior Court of the State of Washington on June 4, 2026. Defendant first received the Summons and Complaint when it was served with the same on June 10, 2026.

3.    BMI is an Ohio nonprofit corporation. BMI is headquartered and has its principal place of business in Ohio. BMI operates and manages Pacific Northwest National Laboratory ("PNNL"). PNNL is not a legal entity. BMI (not PNNL) is the legal entity that employed Plaintiff Alaric Hartsock.

4.    Prior to commencing this action, Plaintiff's counsel sent BMI a demand letter in which it was represented that his damages exceeded $75,000.

DECLARATION OF SETH J. BERNTSEN IN
SUPPORT OF NOTICE OF REMOVAL - 2
CASE NO.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed this 26th day of June, 2026, at Seattle, Washington.

Seth J. Berntsen

DECLARATION OF SETH J. BERNTSEN IN
SUPPORT OF NOTICE OF REMOVAL - 3
CASE NO.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing to be served, as indicated, upon the following:

Carrie M. Coppinger
COPPINGER LAW P.S.
103 W. Main Street, Suite 202
Everson, WA 98247
cc@coppingerlawps.com
service@coppingerlawps.com

*Via CM/ECF, Email, and U.S. Mail*

*Attorney for Plaintiff*

DATED this 26th day of June, 2026.

s/Dominique Barrientes
Dominique Barrientes, Legal Assistant
dominiqueb@summitlaw.com

DECLARATION OF SETH J. BERNTSEN IN
SUPPORT OF NOTICE OF REMOVAL - 4
CASE NO.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001