Seth J. Berntsen, WSBA #30379                    Hon. Thomas O. Rice
Rebecca S. Singleton, WSBA #57719
Eva Oliver, WSBA #57019
Summit Law Group, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA  98104-2682
(206) 676-7000
*sethb@summitlaw.com*
*rebeccas@summitlaw.com*

*Attorneys for Defendant Battelle Memorial Institute*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| ALARIC HARTSOCK, individually,<br><br>Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.<br><br>Defendants. | CASE NO. 4:26-cv-05098-TOR<br><br>[PROPOSED]<br><br>**ORDER GRANTING DEFENDANT BATTELLE MEMORIAL INSTITUTE'S MOTION TO DISMISS** |

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

THIS MATTER, having come before the Court on Defendant Batelle Memorial Institute's Motion to Dismiss, the parties appearing by and through counsel, the Court having reviewed the pleadings and files in this matter, specifically including:

1.    Defendant Batelle Memorial Institute's Motion to Dismiss;

2.    Plaintiff's Response/Opposition to Defendant's Motion to Dismiss; and

3.    Defendant's Reply in Support of Motion to Dismiss.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

Defendant's Motion to Dismiss is hereby GRANTED.  Accordingly, causes of action 2, 3, 4, 5, 6, 7, and 8 are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
THE HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING DEFENDANT BATTELLE
MEMORIAL INSTITUTE'S MOTION TO DISMISS - 2
CASE NO.  4:26-CV-05098-TOR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

Presented by:

SUMMIT LAW GROUP, PLLC

Attorneys for Battelle Memorial Institute,
dba Pacific Northwest National Laboratory


By *s/Seth J. Berntsen*
    Seth J. Berntsen, WSBA #30379
    Rebecca R. Singleton, WSBA #57719
    Eva Oliver, WSBA #57019
    sethb@summitlaw.com
    rebeccas@summitlaw.com
    evao@summitlaw.com

ORDER GRANTING DEFENDANT BATTELLE
MEMORIAL INSTITUTE'S MOTION TO DISMISS - 3
CASE NO.  4:26-CV-05098-TOR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001