THE HONORABLE THOMAS O. RICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| ALARIC HARTSOCK, individually,<br><br>Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.<br><br>Defendants. | NO.  4:26-cv-05098-TOR<br><br>**ORDER ON PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447(c)**<br><br>(Proposed)<br><br>NOTE ON MOTION CALENDAR:<br>August 26, 2026<br>Without Oral Argument |

This matter having come on regularly pursuant to Plaintiff's Motion to Remand, and the Court having reviewed the submissions of the parties, and the Court having found that Defendant's Notice of Removal was deficient, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that this case be and hereby is remanded to the Superior Court of the State of Washington, Benton County, and it is further

PLAINTIFF'S MOTION TO REMAND PURSUANT TO
28 U.S.C. § 1447(c) - 1 of 2



COPPINGER LAW P.S.

103 W. Main Street, Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax

DONE IN OPEN COURT this _____ day of _____, 2026.

_____
THE HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT COURT JUDGE

Present by:

COPPINGER LAW, P.S.

Attorney for Plaintiff Alaric Hartsock

By *s/Carrie M. Coppinger*
Carrie M. Coppinger, WSBA #28817
service@coppingerlawps.com

PLAINTIFF'S MOTION TO REMAND PURSUANT TO
28 U.S.C. § 1447(c) - 2 of 2



COPPINGER LAW P.S.

103 W. Main Street, Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax