Seth J. Berntsen, WSBA #30379

Rebecca S. Singleton, WSBA #57719

Eva Oliver, WSBA #57019

Summit Law Group, PLLC

315 Fifth Avenue S., Suite 1000

Seattle, WA  98104-2682

(206) 676-7000

*sethb@summitlaw.com*

*rebeccas@summitlaw.com*

*Attorneys for Defendants*

Hon. Thomas O. Rice

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

ALARIC HARTSOCK, individually,

Plaintiff,

v.

BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.

Defendants.

CASE NO. 4:26-cv-05098-TOR

[PROPOSED]

**ORDER GRANTING MOTION TO DISMISS BY INDIVIDUAL DEFENDANTS PITTMAN, DELUCCHI, EKLUND, AND TUFFORD**

Noted: Friday, September 18, 2026

ORDER GRANTING MOTION TO DISMISS BY INDIVIDUAL DEFENDANTS PITTMAN, DELUCCHI, EKLUND, AND TUFFORD - 1
CASE NO.  4:26-CV-05098-TOR

THIS MATTER, having come before the Court on the Motion to Dismiss by Individual Defendants Pittman, Delucchi, Eklund, and Tufford, the parties appearing by and through counsel, the Court having reviewed the pleadings and files in this matter, specifically including:

1.    Motion to Dismiss by Individual Defendants Pittman, Delucchi, Eklund, and Tufford;

2.    Plaintiff's Response/Opposition to Motion to Dismiss by Individual Defendants Pittman, Delucchi, Eklund, and Tufford; and

3.    Defendant's Reply in Support of Motion to Dismiss by Individual Defendants Pittman, Delucchi, Eklund, and Tufford;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

That Plaintiff failed to properly serve Defendants Pittman, Delucchi, and Tufford and the claims against them may be dismissed pursuant to Fed. R. Civ. P. 12(b)(4);

Plaintiff failed to serve process on Defendant Eklund and the claims against him may be dismissed under Fed. R. Civ. P. 12(b)(5); and

Lastly, Plaintiff failed to allege facts sufficient to sustain his claims against the individual defendants and their spouses and thus, all claims against the individual

ORDER GRANTING MOTION TO DISMISS BY
INDIVIDUAL DEFENDANTS PITTMAN, DELUCCHI,
EKLUND, AND TUFFORD - 2
CASE NO.  4:26-CV-05098-TOR

defendants and their marital communities are properly dismissed under Fed. R. Civ. P. 12(b)(6).

The Motion to Dismiss Individual Defendants is hereby GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
THE HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT COURT
JUDGE

Presented by:

SUMMIT LAW GROUP, PLLC

Attorneys for Defendants

By *s/Seth J. Berntsen*
    Seth J. Berntsen, WSBA #30379
    Rebecca R. Singleton, WSBA #57719
    Eva Oliver, WSBA #57019
    sethb@summitlaw.com
    rebeccas@summitlaw.com
    evao@summitlaw.com

ORDER GRANTING MOTION TO DISMISS BY
INDIVIDUAL DEFENDANTS PITTMAN, DELUCCHI,
EKLUND, AND TUFFORD - 3
CASE NO. 4:26-CV-05098-TOR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001