Seth J. Berntsen, WSBA #30379
Rebecca S. Singleton, WSBA #57719
Eva Oliver, WSBA #57019
Summit Law Group, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
*sethb@summitlaw.com*
*rebeccas@summitlaw.com*
*evao@summitlaw.com*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

| | |
|---|---|
| ALARIC HARTSOCK, individually,<br><br>Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.<br><br>Defendant. | CASE NO 4:26-cv-05098-TOR<br><br>**DECLARATION OF SETH J. BERNTSEN IN SUPPORT OF MOTION TO DISMISS BY INDIVIDUAL DEFENDANTS PITTMAN, DELUCCI, EKLUND, AND TUFFORD**<br><br>Noted:  Friday, September 18, 2026 |

DECLARATION OF SETH J. BERNTSEN IN
SUPPORT OF MOTION TO DISMISS BY
INDIVIDUAL DEFENDANTS PITTMAN, DELUCCI,
EKLUND, AND TUFFORD - 1
CASE NO. 4:26-CV-05098-TOR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

I, Seth J. Berntsen, declare as follows:

1.      I am over the age of 18, and am otherwise competent to testify as to all matters herein, and make the following statements based on my own personal knowledge.

2.      I am counsel of record for Defendant Battelle Memorial Institute ("Defendant" or "BMI"), d/b/a Pacific Northwest National Laboratory and individual defendants Casey Pittman, Jessica Delucchi, Mitchell Tufford, and Steve Eklund in the above matter.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Benton County Superior Court Summons which I understand was served on Casey Pittman on July 12, 2026.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Benton County Superior Court Summons which I understand was served on Mitchell Tufford on July 12, 2026.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Benton County Superior Court Summons which I understand was served on Jessica Delucchi on July 20, 2026.

6.      Upon information and belief, defendant Steve Eklund has not been served with process.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

7.      Attached hereto as **Exhibit D** is a true and correct copy of what of an excerpt from what is understood to be the Coaching and Development Portal ("CDP") feedback referenced in the Complaint at Paragraphs 3.33, 3.35, and 3.40.  To ensure that the text in the relevant portions of the document are readable, the following columns of information are not displayed on Exhibit D:    Employee HID, CDP_Feedback_Employee          [HUBblink],          Author          HID, CDP_Feedback_Author[HUBlink], and Additional Feedback (which has no text in it).  If the Court or the Plaintiff desire a native version of this document it can be provided.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed this 30th day of July, 2026, at Seattle, Washington.

Seth J. Berntsen

DECLARATION OF SETH J. BERNTSEN IN
SUPPORT OF MOTION TO DISMISS BY
INDIVIDUAL DEFENDANTS PITTMAN, DELUCCI,
EKLUND, AND TUFFORD - 3
CASE NO. 4:26-CV-05098-TOR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing to be served, as indicated, upon the following:

Carrie M. Coppinger                          *Via CM/ECF and*
COPPINGER LAW P.S.                           *Email*
103 W. Main Street, Suite 202
Everson, WA 98247
cc@coppingerlawps.com
service@coppingerlawps.com

*Attorney for Plaintiff*

DATED this 30th day of July, 2026.

s/Dominique Barrientes
Dominique Barrientes, Legal Assistant
dominiqueb@summitlaw.com

DECLARATION OF SETH J. BERNTSEN IN
SUPPORT OF MOTION TO DISMISS BY
INDIVIDUAL DEFENDANTS PITTMAN, DELUCCI,
EKLUND, AND TUFFORD - 4
CASE NO. 4:26-CV-05098-TOR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

# EXHIBIT A

BENTON COUNTY
FILED
JUN 4 2026 9:40:06 AM
JOSIE DELVIN
BENTON COUNTY CLERK

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR BENTON COUNTY**

| | |
|---|---|
| ALARIC HARTSOCK, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.<br><br>Defendants. | NO.  26-2-01396-03<br><br>**SUMMONS** |

A lawsuit has been started against you in the above entitled court by Plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing

Page 1 – SUMMONS

**COPPINGER LAW P.S.**

103 W. Main Street, Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax

this summons within 20 days after the service of this summons,* excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiffs file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the Plaintiffs must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

**\* Within 60 days if served outside the State of Washington.**

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 3rd day of June 2026.

**COPPINGER LAW P.S.**

Carrie M. Coppinger, WSBA #28817
Attorney for Plaintiffs

Page 2 – SUMMONS



COPPINGER LAW P.S.

103 W. Main Street, Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax

# EXHIBIT B

BENTON COUNTY
FILED
JUN 4 2026 9:40:06 AM
JOSIE DELVIN
BENTON COUNTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR BENTON COUNTY

| | |
|---|---|
| ALARIC HARTSOCK, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community,<br><br>Defendants. | NO.  26-2-01396-03<br><br>**SUMMONS** |

A lawsuit has been started against you in the above entitled court by Plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing

Page 1 – SUMMONS

COPPINGER LAW P.S.

103 W. Main Street, Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax

this summons within 20 days after the service of this summons,* excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what he asks for because you have not responded.   If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiffs file this lawsuit with the court.  If you do so, the demand must be in writing and must be served upon the person signing this summons.  Within 14 days after you serve the demand, the Plaintiffs must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

**\* Within 60 days if served outside the State of Washington.**

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 3rd day of June 2026.

COPPINGER LAW P.S.

Carrie M. Coppinger, WSBA #28817
Attorney for Plaintiffs

Page 2 – SUMMONS



COPPINGER LAW P.S.

103 W. Main Street. Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax

# EXHIBIT C

BENTON COUNTY
FILED
JUN 4 2026 9:40:06 AM
JOSIE DELVIN
BENTON COUNTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR BENTON COUNTY

| | |
|---|---|
| ALARIC HARTSOCK, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community,<br><br>Defendants. | NO. 26-2-01396-03<br><br>**SUMMONS** |

A lawsuit has been started against you in the above entitled court by Plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing

Page 1 – SUMMONS

COPPINGER LAW P.S.

103 W. Main Street, Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax

this summons within 20 days after the service of this summons,* excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what he asks for because you have not responded.    If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiffs file this lawsuit with the court.  If you do so, the demand must be in writing and must be served upon the person signing this summons.  Within 14 days after you serve the demand, the Plaintiffs must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

**\* Within 60 days if served outside the State of Washington.**

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 3rd day of June 2026.

COPPINGER LAW P.S.

Carrie M. Coppinger WSBA #28817
Attorney for Plaintiffs

Page 2 – SUMMONS

COPPINGER LAW P.S.

103 W. Main Street, Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax

# **EXHIBIT D**

| Employee Name | Employee Title | Author Name | Author Title | Feedback Date | Association to feedback recipient | Significant contribution, demonstrated leadership or other impactful behaviors | Opportunities for improvement |
|---|---|---|---|---|---|---|---|
| Hartsock, Alaric J | Post Bachelors RA | Eklund, Steven R | Quality Assurance Professional | 11/8/2024 | | Alaric adequately communicated and was responsive throughout his involvement in the project. He was proactive in aligning himself with new tasks and seeking out impactful work, showing an ability to tolerate ambiguity and operate in a fast-paced innovation environment. During 1:1 meetings, he was present and pleasant to talk to, and he communicated his interest in joining the Talent Pipeline. Upon joining the intern program, Alaric began contributing to the Meeting Finder Reimagined project, introducing testing that improved the end product. Overall, his performance was sufficient in completing these tasks. | Alaric has several areas for improvement and does not appear to be a good fit for the role. He needs to understand the impact of demonstrating collaboration when working with a team, as his habit of singling out work by saying "I developed this" instead of "we developed" has been perceived as isolating himself from the team. Most interactions with Alaric after the Meeting Finder project were limited to him asking if there were RAT projects starting, rather than proactively creating interactions to identify the needs of project managers and how he could help. He needs to be more deliberate in creating a collaborative working environment. Feedback from staff who interacted with Alaric described those interactions as "not warm" or "not that welcoming", which may be due to nerves or being new to the environment, but has been perceived as standoffish by others. Alaric has made it clear that he is not interested in this type of work, making it a mismatch for our program. He has also been applying to too many different roles, displaying a lack of commitment. Additionally, he needs to take more time with work tasks to reduce the amount of review cycles needed. Finally, Alaric struggles with software engineering tasks that involve more than app or front-end development. |
| Hartsock, Alaric J | Post Bachelors RA | Tufford, Mitchell D | Software Engineer | 11/7/2024 | I lead the Prison-Pony project, which Alaric worked on for approximately two months. I was Alaric's direct task lead. | Alaric was engaged during group meetings and would offer up ideas during planning sessions. | During my time working with Alaric, I had a very difficult time keeping him on task. He had some previous research he was working on with a prior PNNL employee, and was caught multiple times taking calls with this other employee when he was supposed to be working on tasks for Prison-Pony.<br><br>Alaric approached me many times in attempts to allow me to let him use Prison-Pony project data and funds to progress his research work. He generally wanted to spend his time focusing his efforts on the things he was interested in - not on the actual work he was tasked with to progress the project forward. |