Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
*sethb@summitlaw.com*
*evao@summitlaw.com*

*Attorneys for Defendant Battelle Memorial Institute*

Hon. Thomas O. Rice

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

ALARIC HARTSOCK, individually,

Plaintiff,

v.

BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.

Defendants.

CASE NO. 4:26-cv-05098-TOR

**DEFENDANT BMI'S MOTION TO EXPEDITE CONSIDERATION OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S NEW ARGUMENT OR TO FILE A SURREPLY**

9/8/2026 (Expedited Consideration)
Without oral argument

Pursuant to LCivR 7(i)(2)(C), Defendant Battelle Memorial Institute ("BMI") respectfully requests the Court to hear, without oral argument, BMI's Motion to Strike Plaintiff's New Argument or to File Surreply on an expedited basis, contemporaneously filed herewith.

This motion arises out of Plaintiff's August 31, 2026 Reply in Support of Objections to Removal and Motion to Remand ("Plaintiff's Reply"). ECF No. 10. Plaintiff's Reply improperly raises a new argument for the first time relating to the amount in controversy requirement for removal. By raising a new argument for the first time on Reply, Plaintiff has deprived BMI of an opportunity to respond to an issue relating to Plaintiff's Motion to Remand.

Plaintiff's Motion to Remand is noted for September 15, 2026. Because Plaintiff's improperly raised new argument relates to the Motion to Remand, it is imperative that the Court consider BMI's motion to strike or to file surreply before the Court rules on the Motion to Remand. Accordingly, good cause exists to consider BMI's motion to strike or to file surreply on an expedited basis.

Pursuant to LCivR 7(i)(2)(C), the undersigned contacted Plaintiff's counsel today, September 1, 2026, via email and phone call informing counsel of BMI's intent to file the motion to strike or to file surreply. Plaintiff's counsel informed the undersigned that Plaintiff would not be withdrawing Plaintiff's Reply.



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

DATED this 1st day of September, 2026.

Respectfully Submitted,

SUMMIT LAW GROUP, PLLC
Attorneys for Defendants

By *s/Seth J. Berntsen*

Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
sethb@summitlaw.com
evao@summitlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carrie M. Coppinger
COPPINGER LAW P.S.
103 W. Main Street, Suite 202
Everson, WA 98247
cc@coppingerlawps.com
service@coppingerlawps.com
*Attorney for Plaintiff*

DATED this 1st day of September, 2026.

*s/Dominique Barrientes*
Dominique Barrientes
Legal Assistant



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001