Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
Summit Law Group, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
*sethb@summitlaw.com*
*evao@summitlaw.com*

*Attorneys for Defendants*

Hon. Thomas O. Rice

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

ALARIC HARTSOCK, individually,

Plaintiff,

v.

BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.

Defendants.

CASE NO. 4:26-cv-05098-TOR

[PROPOSED]

**ORDER GRANTING DEFENDANT BMI'S MOTION TO EXPEDITE CONSIDERATION OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S NEW ARGUMENT OR TO FILE A SURREPLY**

9/8/2026 (Expedited Consideration)
Without Oral Argument



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

**ORDER**

IT IS HEREBY ORDERED that good cause being shown, Defendant BMI's Motion to Expedite Consideration of Motion to Strike is GRANTED. Accordingly, BMI's Motion to Strike Plaintiff's New Argument or to File a Surreply shall be noted for consideration on September 8, 2026.

**IT IS SO ORDERED.**

DATED this _____ day of September, 2026.

__________________________________
THE HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT COURT
JUDGE

Presented by:

SUMMIT LAW GROUP, PLLC
Attorneys for Defendants

By *s/Seth J. Berntsen*
Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
sethb@summitlaw.com
evao@summitlaw.com