Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
Summit Law Group, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
*sethb@summitlaw.com*
*evao@summitlaw.com*

*Attorneys for Defendants*

Hon. Thomas O. Rice

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

ALARIC HARTSOCK, individually,

Plaintiff,

v.

BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.

Defendants.

CASE NO. 4:26-cv-05098-TOR

[PROPOSED]

**ORDER GRANTING DEFENDANT BMI'S MOTION TO STRIKE PLAINTIFF'S NEW ARGUMENT OR TO FILE SURREPLY**

9/8/2026
Without Oral Argument



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

**ORDER**

IT IS HEREBY ORDERED that good cause being shown, Defendant BMI's Motion to Strike Plaintiff's New Argument or to File Surreply is GRANTED. Accordingly, the Court hereby strikes and disregards Plaintiff's argument, improperly advanced for the first time on Reply, concerning the amount in controversy at pages 2-5 of Plaintiff's Reply at ECF No. 10.

**IT IS SO ORDERED.**

DATED this _____ day of September, 2026.

________________________________________
THE HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

SUMMIT LAW GROUP, PLLC
Attorneys for Defendants

By *s/Seth J. Berntsen*
Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
sethb@summitlaw.com
evao@summitlaw.com



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001