THE HONORABLE THOMAS O. RICE

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALARIC HARTSOCK, individually,<br><br>Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.<br><br>Defendants. | Civil . 4:26-cv-05098-TOR<br><br>**SUMMONS IN A CIVIL ACTION** |

TO: BATTELLE MEMORIAL INSTITUTE
c/o CT Corporation System
711 Capitol Way S. Ste, 204
Olympia, WA 98501

CASEY PITTMAN
1626 Pisa Lane
Richland, WA 99352

JESSICA DELUCCHI and JOHN DOE DELUCCHI
5990 Thynewood Loop
West Richland, WA 99353



COPPINGER LAW P.S.
103 W. Main Street, Suite 202, Everson, WA 98247 | address
www.coppingerlawps.com | web
360.676.7545 | phone
360.306.8369 | fax

STEVE EKLUND
1835 South Neel Court, Apt A
Kennewick, WA 99338

MITCHELL TUFFORD and JANE DOE TUFFORD
4811 Starburst Court
West Richland, WA 99353

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie M. Coppinger
Coppinger Law, P.S.
103 W. Main Street, Ste 202
Everson, WA 98247

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF THE COURT

Sep 02, 2026, 3:33 pm
Date

SEAN F. McAVOY, Clerk



COPPINGER LAW P.S.
103 W. Main Street, Suite 202, Everson, WA 98247 address
www.coppingerlawps.com web
360.676.7545 phone
360.306.8369 fax

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-05098-TOR

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

______________________ Date

______________________ *Server's signature*

______________________ *Printed name and title*

______________________ *Server's address*

Additional information regarding attempted service, etc: