Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
*sethb@summitlaw.com*
*evao@summitlaw.com*

*Attorneys for Defendants*

Hon. Thomas O. Rice

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

ALARIC HARTSOCK, individually,

Plaintiff,

v.

BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.

Defendants.

CASE NO. 4:26-cv-05098-TOR

**REPLY IN SUPPORT OF MOTION TO DISMISS INDIVIDUAL DEFENDANTS PITTMAN, DELUCCHI, EKLUND, AND TUFFORD**

Noted: Friday, September 18, 2026

On July 30, 2026, individual defendants Casey Pittman, Jessica Delucchi, Steve Eklund, Mitchell Tufford, along with the Delucchi and Tufford marital communities ("Individual Defendants"), moved for dismissal of the claims against them (and their spouses) pursuant to FRCP 12(b)(4), 12(b)(5), and 12(b)(6). *See* ECF Nos. 7, 8 ("Motion"). Pursuant to LCivR 7(i)(2)(B), defendants noted the Motion for September 18, 2026. And pursuant to LCivR 7(c)(2)(B), Plaintiff's response was due 21 days after filing, i.e., on August 20, 2026.

Plaintiff did not file a response to the Motion by the August 20 deadline and has not done so since.[1] The Court should interpret Plaintiff's non-response as an admission that the Motion has merit. *See* LCivR 7(e) (failure to comply with LCivR 7(b) or (c) may be deemed consent to entry of an order adverse to the party who violates these rules). If Plaintiff subsequently files an untimely response, the Court should strike and disregard the same.

For the reasons set forth in the Motion, the Individual Defendants respectfully request that the Court dismiss all claims asserted against them, their spouses and marital communities.

[1] Plaintiff also failed to file any response to Defendant Batelle Memorial Institute's Motion to Dismiss (ECF No. 4), noted for August 31, 2026, and to which a response was due by July 27, 2026.



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

DATED this 3rd day of September, 2026.

SUMMIT LAW GROUP, PLLC
Attorneys for Defendants

By *s/ Seth J. Berntsen*
Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
*sethb@summitlaw.com*
*evao@summitlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carrie M. Coppinger
COPPINGER LAW P.S.
103 W. Main Street, Suite 202
Everson, WA 98247
cc@coppingerlawps.com
service@coppingerlawps.com
*Attorney for Plaintiff*

DATED this 3rd day of September, 2026.

*s/ Sage Emerson*
Sage Emerson, Legal Assistant
*sagee@summitlaw.com*



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001