Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
*sethb@summitlaw.com*
*evao@summitlaw.com*

*Attorneys for Defendant Battelle Memorial Institute*

Hon. Thomas O. Rice

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

ALARIC HARTSOCK, individually,

Plaintiff,

v.

BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.

Defendants.

CASE NO. 4:26-cv-05098-TOR

**DEFENDANT BATTELLE MEMORIAL INSTITUTE'S NOTICE OF NEW AUTHORITY**



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

Please take notice of the attached new decision by the Washington State Supreme Court in *Earl et al. v. Campbell*, *et al.*, No. 104495-0 (Sep. 3, 2026), which relates to one argument raised in Defendant Batelle Memorial Institute's ("BMI") pending Motion to Dismiss (ECF No. 4, at pp.15-16), but not to other arguments raised therein (*see* ECF No. 4 at pp.16-18). Defendant BMI is willing to address this decision in supplemental briefing upon request by the Court.

DATED this 3rd day of September, 2026.

SUMMIT LAW GROUP, PLLC
Attorneys for Defendants

By *s/ Seth J. Berntsen*
Seth J. Berntsen, WSBA #30379
Eva Oliver, WSBA #57019
*sethb@summitlaw.com*
*evao@summitlaw.com*



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carrie M. Coppinger
COPPINGER LAW P.S.
103 W. Main Street, Suite 202
Everson, WA 98247
cc@coppingerlawps.com
service@coppingerlawps.com
*Attorney for Plaintiff*

DATED this 3rd day of September, 2026.

*s/ Sage Emerson*
Sage Emerson, Legal Assistant
*sagee@summitlaw.com*



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001