## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>ALARIC HARTSOCK, individually | **Case No:**<br>4:26-cv-05098-TOR |
| **Defendant / Respondent:**<br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community. | **DECLARATION OF SERVICE** |

I, **MICHAEL BRIGGS,** the undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on **Wed, Sep 09 2026** at **06:57 PM**, at the address of **4811 STARBURST COURT,** within **WEST RICHLAND, WA**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION, STATE COURT DOCUMENTS, EXHBIT A-1, EXHBIT B, EXHBIT A-2** in the above entitled action upon **ASHLEY TUFFORD**, by then and there, at the residence and usual place of abode of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **SPOUSE MITCHELL TUFFORD**, being a person of suitable age and discretion, who is a resident therein.

**Description:**
**Upon arriving at the residence, Mitchell Tufford answered the door. As he was the only individual present, I proceeded to effectuate substitute service of the documents for Ashley Tufford by leaving them with him.**

**I declare under penalty of perjury under the law of Washington that the foregoing is true and correct.**

Signed on the **09 day of September, 2026** at **Kennewick, WA** .

Michael Briggs

MICHAEL BRIGGS REGISTERED PROCESS SERVER #296
Amedeo Solutions Premier Process Servers
P.O. Box 6820
Kennewick, WA 99336
(509) 986-1498