## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>**ALARIC HARTSOCK, individually** | **Case No:**<br>**4:26-cv-05098-TOR** |
| **Defendant / Respondent:**<br>**BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation and operator of Pacific Northwest National Laboratory, CASEY PITTMAN, in her official capacity, JESSICA DELUCCHI and JOHN DOE DELUCCHI, in her official capacity and as a marital community, STEVE EKLUND, in his official capacity, and MITCHELL TUFFORD and JANE DOE TUFFORD, in his official capacity and as a marital community.** | **DECLARATION OF SERVICE** |

I, **MICHAEL BRIGGS,** the undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on **Mon, Sep 14 2026 at 08:38 PM,** at the address of **5990 THYNEWOOD LOOP,** within **WEST RICHLAND, WA**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION, STATE COURT DOCUMENTS, EXHBIT A-1, EXHBIT B, EXHBIT A-2** in the above entitled action upon **JESSICA DELUCCHI,** by then and there, at the residence and usual place of abode of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **Jessica's Spouse Robert Weissenfels,** being a person of suitable age and discretion, who is a resident therein.

**Description:**
**Upon arriving at the residence, I knocked on the door and was greeted by an adult male. I inquired if Jessica Delucchi was available; he informed me that she was in the shower. I then asked the individual to confirm his identity as Robert Weissenfels, which he did. I proceeded to serve the documents to Robert Weissenfels as a substitute service for Jessica Delucchi.**

**I declare under penalty of perjury under the law of Washington that the foregoing is true and correct.**

Signed on the **14 day of September, 2026** at **Kennewick, WA** .

**MICHAEL BRIGGS REGISTERED PROCESS SERVER #296**
**Amedeo Solutions Premier Process Servers**
**P.O. Box 6820**
**Kennewick, WA 99336**
**(509) 986-1498**